**Order entered April 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00197-CR

**HABIB, WAAD JAJEES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-55034**

## ORDER

It has come to the Court's attention that the reporter's record in the above case does not contain State's Exhibit No. 41, Edited Surveillance Video. We hereby **ORDER LIZABETH KELLETT**, the official court reporter for the 203rd Judicial District Court of Dallas County, Texas, to prepare and file a supplemental record containing the exhibit, and to do so no later than **10 DAYS FROM THE DATE OF THIS ORDER**.

/s/    KERRY P. FITZGERALD
        JUSTICE